1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  RACHAEL ANNE PORTEOUS,                    1:13-cv-02091-GSA (HC)

12                 Petitioner,

13       v.                                   ORDER TRANSFERRING CASE TO THE
                                              SACRAMENTO DIVISION OF THE
14  D. K. JOHNSON,                            EASTERN DISTRICT OF CALIFORNIA

15                 Respondent.

16

17
          Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to
18
    28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.
19
    § 1915.
20
          The petitioner is challenging a conviction from Butte County, which is part of the
21
    Sacramento Division of the United States District Court for the Eastern District of California.
22
    Therefore, the petition should have been filed in the Sacramento Division.
23
          Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the
24
    proper court may, on the court's own motion, be transferred to the proper court. Therefore, this
25
    action will be transferred to the Sacramento Division. Good cause appearing, IT IS HEREBY
26
    ORDERED that:
27
          1.  This action is transferred to the United States District Court for the Eastern District of
28

                                            1

California sitting in Sacramento; and

    2.  All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

    3.  This court has not ruled on petitioner's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:  __**January 6, 2014**__           _____**/s/ Gary S. Austin**_____
                                           UNITED STATES MAGISTRATE JUDGE